JENNER & BLOCK LLP
Brandon D. Fox (SBN 290409)
BFox@jenner.com
Alexander M. Smith (SBN 295187)
ASmith@jenner.com
Kristen L. Green (SBN 328618)
KGreen@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:    (213) 239-5100

Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MADRIGAL, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>                    Defendants. | Case No. CV 25-2375-GW-KSx<br>Related Cases: CV 25-9807-GW-KSx;<br>**CV 25-10757-GW-KSx**<br><br>**ORDER APPROVING STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Judge:         Hon. George Wu<br>Courtroom:   9D (First Street)<br>Trial Date:    Not Set<br>PTC Date:     Not Set |
| NADINE HOLMES, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TICKETMASTER, L.L.C., et al.,<br><br>                    Defendants. | |
| SHAWN ABBOTT, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>TICKETMASTER, L.L.C., et al.,<br><br>                    Defendants. | |

Before the Court is a stipulation filed by the parties in *Madrigal v. Live Nation Entertainment, Inc.*, Case No. 2:25-cv-2375-GW-KS(x), *Holmes v. Ticketmaster, L.L.C.*, Case No. 2:25-cv-9807-GW-KS(x), and *Abbott v. Ticketmaster, L.L.C.*, Case No. 2:25-cv-10757-GW-KS(x) to modify the case schedule.  Good cause appearing, the Court APPROVES the stipulation and ORDERS the following:

1.   **Class Certification Briefing Schedule.**  The case schedule in *Madrigal*, *Holmes*, and *Abbott* is MODIFIED as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Plaintiffs to file Motion for Class Certification and Serve Related Expert Reports | March 27, 2026 | May 1, 2026 |
| Deadline for Defendants to file Opposition to Motion for Class Certification and Serve Related Expert Reports | May 22, 2026 | June 26, 2026 |
| Deadline for Plaintiffs to file Reply in Support of Motion for Class Certification | June 25, 2026 | July 30, 2026 |
| Hearing on Motion for Class Certification | July 9, 2026, at 8:30 a.m. | August 24, 2026, at 8:30 a.m. |
| Last Day to Conduct Settlement Conference/Mediation | July 30, 2026 | September 17, 2026 |
| Deadline to File Status Report re: Settlement Conference/Mediation | July 31, 2026 | September 18, 2026 |
| Post-Mediation Status Conference | August 6, 2026, at 8:30 a.m. | September 24, 2026, at 8:30 a.m. |

/ /

/ /

/ /

1

2.      The remaining provisions of the Court's February 17, 2026 Order approving the parties' February 13, 2026 Stipulation Regarding Case Schedule remain in full force and effect.

**3.      There will be no further continuances granted.**

IT IS SO ORDERED:


Dated:  March 17, 2026                    By: _____
                                          HON. GEORGE H. WU,
                                          United States District Judge

[PROPOSED] ORDER APPROVING STIPULATION TO MODIFY CASE SCHEDULE
CASE NOS. 2:25-cv-02375-GW (KSx), 2:25-cv-09807-GW (KSx), 2:25-cv-10757-GW (KSx)